IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
IN OPEN COURT
DEC - 2 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:16-CR-261 |
| ) | |
| v. ) | Count 1: 18 U.S.C. § 2314 |
| ) | (Inducing interstate travel to commit fraud) |
| SREEDHAR POTARAZU, ) | |
| ) | Count 2: 26 U.S.C. § 7202 |
| Defendant. ) | (Willful failure to account for and pay taxes) |

CRIMINAL INFORMATION

Count One
(Inducing a person to travel to commit a fraud)

THE UNITED STATES CHARGES THAT:

On or about June 3, 2016, in the Eastern District of Virginia and elsewhere, the defendant, SREEDHAR POTARAZU, having devised and intended to devise a scheme to defraud shareholders and others, and to obtain money by means of false and fraudulent pretenses, representations, and promises, knowingly induced a shareholder in Enziime, LLC, also known as Vital Spring Technologies, Inc., to travel in interstate commerce for a shareholders' meeting from Maryland to Virginia, in the execution of the scheme to defraud shareholders and others, and in particular to defraud that person who had traveled interstate of money, having a value of $5,000 or more.

(In violation of Title 18, United States Code, Section 2314)

14569058.1

Count 2
(Willful failure to account for and pay employment taxes)

THE UNITED STATES FURTHER CHARGES THAT:

During the first quarter of the year 2011, ending March 31, 2011, SREEDHAR POTARAZU, defendant, deducted and caused to be deducted and collected and caused to be collected from the total taxable wages of VitalSpring's employees, Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes, in the amount of $254,586.41. On or about April 30, 2011, in the Eastern District of Virginia, POTARAZU did willfully fail to truthfully account for and pay over to the IRS the FICA taxes and the federal income taxes withheld and due and owing to the United States of America from the total taxable wages of VitalSpring's employees for the first quarter of 2011.

(In violation of Title 26, United States Code Section 7202)

Dana J. Boente
United States Attorney

By: *(signature)*
Caryn D. Finley
Special Assistant United States Attorney
Assistant Chief, Tax Division
United States Department of Justice
Phone: 202-514-5051
Email: Caryn.Finley@tax.usdoj.gov

14569058.1

Jack Hanly
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3773
Email: jack.hanly@usdoj.gov

Jack A. Morgan
Special Assistant United States Attorney
Trial Attorney, Tax Division
United States Department of Justice
Phone: 202-353-7580
Email: Jack.A.Morgan@tax.usdoj.gov

14569058.1